NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORMAN H. COHEN, ED.D.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5135

---

Appeal from the United States Court of Federal Claims in 07-CV-0154, Chief Judge Emily C. Hewitt.

---

**ON MOTION**

---

**ORDER**

Norman Cohen moves without opposition for a 70-day extension of time, until January 7, 2013, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

NORMAN COHEN V. US                                                    2

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27